**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:
**JOSE L BORDON,**
Debtor.
_____________________________________/

Case No. 26-19063-CLC
Chapter 7

**DEBTOR'S MOTION TO AVOID JUDICIAL LIEN OF PORTFOLIO RECOVERY ASSOCIATES, LLC ON EXEMPT HOMESTEAD**

**Under Local Rule 9013-3(b), the relief requested herein may be granted without further motion, notice, or hearing if no written response or objection is filed and served within 21 days after service of this motion.**

Debtor, Jose L Bordon (the 'Debtor'), by and through undersigned counsel, moves pursuant to 11 U.S.C. § 522(f)(1)(A), Fed. R. Bankr. P. 4003(d), and Local Rules 4003-2 and 9013-3(b) to avoid the judicial lien of Portfolio Recovery Associates, LLC against the Debtor's exempt homestead, and states:

**FACTS AND BASIS FOR RELIEF**

1. This Court has jurisdiction under 28 U.S.C. §§ 1334 and 157. This is a core proceeding concerning the Debtor's exemptions and the extent of a lien. Venue is proper in this District.
2. The Debtor is the fee-simple owner of and resides at 8260 NW 5TH TER APT 343, Miami, Florida 33126 (the "Property"). The Debtor has been on title since March 24, 2010.
3. The Property is identified as Folio No. 30-4003-045-1580. Its full legal description, as set forth in the Debtor's schedules and the public-record reference therein, is:

   **Condominium Unit 343, Building 8260 of MIRA VILLAS CONDOMINIUM, a Condominium, according to the Declaration of Condominium thereof, as recorded in Official Records Book 22777, at Page 2608, and any amendments thereof; together with an undivided interest in the common elements appurtenant thereto as recorded in the Public Records of MIAMI-DADE County, Florida**.

4. The Debtor scheduled the Property on Schedule A/B at a value of $302,300.00.
5. On Schedule C, the Debtor claimed the Property exempt in the amount of $302,300.00 as his homestead property with Florida Constitution Homestead Exemption.
6. Portfolio Recovery Associates, LLC obtained a Final Judgment against the Debtor on June 4, 2026 in Miami-Dade County Court Case No. 2026-047500-SP-05. The judgment was entered in the amount of $5,476.52. The judgment states that post-judgment interest is waived.
7. The Final Judgment was recorded at Official Records Book 35341, Pages 269-270, CFN 20260391331, recorded June 8, 2026 in the Public Records of Miami-Dade County, Florida. A copy of the recorded Final Judgment, showing the recording information as required by Local Rule 4003-2(a)(2), is attached as Exhibit A.
8. The Debtor acquired his interest in the Property before the Final Judgment was entered or recorded. The recorded judgment therefore constitutes a judicial lien subject to avoidance under 11 U.S.C. § 522(f)(1)(A).
9. Under 11 U.S.C. § 522(f)(2)(A), a judicial lien impairs an exemption to the extent that the sum of the judicial lien, all other liens on the property, and the amount of the exemption exceeds the value of the Debtor's interest in the property absent liens.
10. Here, the Debtor claimed a $302,300.00 homestead exemption against a scheduled value of $302,300.00. Accordingly, the judicial lien is fully impaired and may be avoided in its entirety.
11. A form of order containing the representation required by Local Rule 9013-3(b)(1)(B) is attached as Exhibit B.

WHEREFORE, the Debtor respectfully requests entry of an order: (a) granting this Motion; (b) avoiding in its entirety, pursuant to 11 U.S.C. § 522(f)(1)(A), the judicial lien arising from the

recorded Final Judgment as to the Debtor's interest in the Property; (c) authorizing the order to be recorded in the Public Records of Miami-Dade County, Florida; and (d) granting such further relief as is just and proper.

Respectfully submitted,
**/s/ Jose A. Blanco**
**Jose A. Blanco, Esq.**
Florida Bar No. 062449
Jose A. Blanco, P.A.
102 E 49th ST
Hialeah, FL 33013
Telephone: (305) 349-3463
Email: jose@blancopa.com
Counsel for Debtor

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 22, 2026, a true and correct copy of the foregoing Motion, including the recorded Final Judgment and the attached form of Order, was served by U.S. First-Class Mail, postage prepaid, in the manner provided by Fed. R. Bankr. P. 7004(b)(3), upon the parties listed below, and electronically through CM/ECF upon the Chapter 7 trustee and all registered users who have appeared and are entitled to electronic service in this case.

**Portfolio Recovery Associates, LLC**
Attn: Officer, Managing or General Agent
120 Corporate Boulevard, Suite 100
Norfolk, VA 23502

**Corporation Service Company, Registered Agent for Portfolio Recovery Associates, LLC**
1201 Hays Street
Tallahassee, FL 32301-2525

**Juliana Rodriguez, Esq.; Giuseppe Catudella, Esq.; Kali Cilli, Esq.**
Counsel identified in the recorded Final Judgment
120 Corporate Boulevard
Norfolk, VA 23502

**/s/ Jose A. Blanco**
Jose A. Blanco, Esq.

# EXHIBIT A

# RECORDED FINAL JUDGMENT

Filing # 249669548 E-Filed 06/04/2026 03:30:28 PM

CFN: 20260391331 BOOK 35341 PAGE 269
DATE:06/08/2026 01:59:45 PM
JUAN FERNANDEZ-BARQUIN
CLERK OF THE COURT & COMPTROLLER
MIAMI-DADE COUNTY, FL

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCE

**IN THE COUNTY COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA**

CASE NO: 2026-047500-SP-05
SECTION: CC02
JUDGE: Miesha S. Darrough

**Portfolio Recovery Associates, Llc**

Plaintiff(s) / Petitioner(s)

vs.

**Jose L Bordon**

Defendant(s) / Respondent(s)

______________________________/

## DEFAULT FINAL JUDGMENT

Docket Index: 11

**THIS CAUSE** came before the Court on Plaintiff's Motion for Default Final Judgment, a Default having been entered against the Defendant for failure to appear at the Pre-Trial Conference hearing, and the Court having reviewed the pleadings along with the Affidavits presented, it is hereby:

**ORDERED AND ADJUDGED as follows:**

There is now due and owing to plaintiff, PORTFOLIO RECOVERY ASSOCIATES, LLC, 120 Corporate Blvd, Norfolk, VA, 23502, from the Defendant, JOSE L BORDON, 8260 NW 5TH TER APT 343, MIAMI, FL 33126-3955, the principal sum of $5,102.60, plus costs of $373.92, post judgment interest is waived, for a total sum of $5,476.52, for which sum let execution issue.

**IT IS FURTHER ORDERED AND ADJUDGED that:**

The Defendant shall complete under oath, a Fact Information Sheet, including all required attachments, once received from the Plaintiff, and shall return it to the Plaintiff's attorney, PORTFOLIO RECOVERY ASSOCIATES, LLC, Juliana Rodriguez, Esq., Giuseppe Catudella, Esq., and Kali Cilli, Esq., 120 Corporate Blvd, Norfolk, VA, 23502, within 45 days from the date it is received, unless the Judgment is satisfied, or post judgment discovery is stayed.

Jurisdiction of this case is retained to enter further orders that are proper to compel Defendant to complete the Fact Information Sheet and return it to Plaintiff's attorney.

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCE

CFN: 20260391331 BOOK 35341 PAGE 270

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this 4th day of June, 2026.

2026-047500-SP-05 06-04-2026 3:24 PM

2026-047500-SP-05 06-04-2026 3:24 PM
Hon. Miesha S. Darrough

**COUNTY COURT JUDGE**
Electronically Signed

| |
|---|
| Final Order as to All Parties SRS #: **12** (Other) |
| THE COURT DISMISSES THIS CASE AGAINST ANY PARTY NOT LISTED IN THIS FINAL ORDER OR PREVIOUS ORDER(S). THIS CASE IS CLOSED AS TO ALL PARTIES. |

**Electronically Served:**

- Juliana Rodriguez: litigationservice@portfoliorecovery.com
- Juliana Rodriguez: juliana.rodriguez@portfoliorecovery.com
- Juliana Rodriguez: abcfleservice@abclegal.com

**Physically Served:**

- JOSE L BORDON: 8260 NW 5TH TER APT 343, MIAMI, Florida, 33126